# United States Bankruptcy Court
## District of Delaware

| | |
|---|---|
| In re:   ENERGY FUTURE HOLDINGS CORP., *et al.*,   )   <br>                           Debtor                            ) | Case No. 14-10979 (CSS)<br>Chapter 11 |
| CSC TRUST COMPANY OF DELAWARE,   )<br>as INDENTURE TRUSTEE and COLLATERAL TRUSTEE, )<br>                           Plaintiff,                            )<br>                           v.                            ) | |
| COMPUTERSHARE TRUST COMPANY, N.A.,   )<br>COMPUTERSHARE TRUST COMPANY OF CANADA,   )<br>EPIQ BANKRUPTCY SOLUTIONS, LLC, EPIQ   )<br>SYSTEMS, INC., EPIQ SYSTEMS ACQUISITION, INC.,   )<br>THE DEPOSITORY TRUST COMPANY, and CEDE & CO.   )<br>                           Defendants.                            ) | Adv. Proc. No. 14-50410 (CSS) |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> Address of Clerk:
>     824 Market Street, 3rd Floor
>     Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney | | |
|---|---|---|
| ROPES & GRAY LLP<br>Keith H. Wofford<br>Mark R. Somerstein<br>1211 Avenue of the Americas<br>New York, NY  10036-8704 | COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.<br>Norman L. Pernick<br>J. Kate Stickles<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE  19801 | DRINKER BIDDLE & REATH LLP<br>James H. Millar<br>1177 Avenue of the Americas<br>41st Floor<br>New York, NY  10036-2714 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

> Address: U.S. Bankruptcy Court        Room:    5th Floor, Courtroom No. 6
>              824 N. Market Street
>              Wilmington, DE  19801    Date and Time: August 11, 2014 at 9:30 a.m.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy**
**Court for the District**
**of Delaware**                                                   */s/ David D. Bird*
                                                            *Clerk of the Bankruptcy Court*

Date: June 30, 2014