**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Energy Future Holdings Corp., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Morrison & Foerster LLP and Polsinelli PC hereby appear as proposed counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., *et al.*, (the "**Committee**") in the above-captioned proceeding pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

**PLEASE TAKE FURTHER NOTICE** that the Committee hereby requests, pursuant to Bankruptcy Rule 2002 that copies of all notices and pleadings given or required to be given, and all papers served or required to be served, be given and served upon the following persons at the addresses, facsimile numbers or email addresses indicated:

James M. Peck
Brett H. Miller
Lorenzo Marinuzzi
**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

48104239.1

E-mail: jpeck@mofo.com
bmiller@mofo.com
lmarinuzzi@mofo.com

-and-

Christopher A. Ward
Justin K. Edelson
Shanti M. Katona
**POLSINELLI PC**
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone:  (302) 252-0920
Facsimile:  (302) 252-0921
E-mail: cward@polsinelli.com
jedelson@polsinelli.com
skatona@polsinelli.com

-and-

Edward Fox
**POLSINELLI PC**
900 Third Avenue, 21st Floor
New York, NY 10022
Telephone:  (212) 684-0199
Facsimile:  (212) 684-0197
E-mail: efox@polsinelli.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any applications, petitions, motions, complaints, requests or demands, hearings, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document filed with, or otherwise brought before, this Court with respect to the above-captioned bankruptcy proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, email, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that the Committee intends that neither this *Notice of Appearance and Request for Service of Papers* nor any later appearance, pleading, claim or suit shall waive (i) the Committee's right to have final orders in non-core matters entered only after de novo review by a higher court, (ii) the Committee's right to trial by jury in any proceeding so triable in any case, controversy, or proceeding related to these bankruptcy cases, (iii) the Committee's right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, (iv) the Committee's right to enforce any contractual provisions with respect to arbitration, or (v) any other rights, claims, actions, defense, setoffs, or recoupments to which the Committee is or may be entitled under agreements, in law or in equity, including the right to contest the jurisdiction of the United States Bankruptcy Court for the District of Delaware over the Committee, all of which rights, claims, actions, defense, setoffs, and recoupments the Committee expressly reserves.

Dated: Wilmington, Delaware
      May 14, 2014

    **MORRISON & FOERSTER LLP**
    James M. Peck
    Brett H. Miller
    Lorenzo Marinuzzi
    250 West 55th Street
    New York, New York 10019-9601
    Telephone: (212) 468-8000
    Facsimile: (212) 468-7900
    E-mail: brettmiller@mofo.com
           lmarinuzzi@mofo.com
           jpeck@mofo.com

          -and-

        */s/  Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Shanti M. Katona (Del. Bar No. 5352)
**POLSINELLI PC**
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile:  (302) 252-0921
E-mail:  cward@polsinelli.com
        jedelson@polsinelli.com
        skatona@polsinelli.com

*Proposed Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., et al.*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of May, 2014, a true and complete copy of the forgoing *Notice of Appearance and Request for Service of Papers* was served via first class mail upon the parties listed below.

Richard M. Cieri
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611

Mark D. Collins
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

                */s/ Christopher A. Ward*
                Christopher A. Ward (Del. Bar No. 3877)

48104239.1